1 

 The People of the State of Colorado. Respondent In the Interest of Petitioner: A.T.S. 
No. 25SC468
Supreme Court of Colorado, En Banc
January 26, 2026
 Court of Appeals Case No. 22CA1175 
 GRANTED PETITION FOR WRIT OF CERTIORARI 
 Petition for Writ of Certiorari GRANTED. 
 [REFRAMED] Whether the division's harmless error analysis that applied the Arteaga-Lansaw factors contravened binding Supreme Court precedent because it considered the "persuasive force" of the improper testimony rather than "disregarding" it to only consider the weight of the "remaining evidence." 
 [REFRAMED] Whether admitting the remote closed-circuit testimony was harmless error. 
 DENIED AS TO ALL OTHER ISSUES.